Name: Ellawendy AbdelFAtah
Address: P.O. Box 223088
CArmel, CA 93922
Phone Number: (831) 582-7873
E-mail Address: karkashendi@hotmail.com

*Pro Se*

ADR
FILED
DEC 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
E-FILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AbdelFatah Ellawendy

        Plaintiff,

vs.

Monterey County district attorny -
CSUMB police department -
Presidio of Monterey police department

        Defendant.

Case Number: C 19 08417 SVK

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge _____

GRANTED
Susan van Keulen
Judge Susan van Keulen

As the (*Plaintiff*/Defendant) Ellawendy Abdel in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   - ☑ A computer with internet access;
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files;
   - ☑ A printer or copier to create required paper copies such as chambers copies;
   - ☑ A word-processing program to create documents; and
   - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 11/06/2019      Signature: Abdul