UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELFATAH ELLAWENDY,<br><br>      Plaintiff,<br><br>  v.<br><br>CSUMB POLICE DEPARTMENT, et al.,<br><br>      Defendants. | Case No.  19-cv-08417-SVK<br><br>**ORDER DIRECTING PLAINTIFF TO RE-FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 12 |

On May 11, 2020, Plaintiff filed a second amended complaint in response to this Court's April 10, 2020 screening order.  Dkt. 11; Dkt. 12.  Plaintiff's amended complaint merely contains "amendments" to his first amended complaint and does not re-incorporate the allegations the Court deemed proper in the April 10, 2020 screening order.  *See* Dkt. 12.  "[T]he amended complaint should be a stand-alone document that includes all relevant factual allegations."  *Hilton v. Pagani Worldwide LLC*, 19-cv-01848-VC, 2019 WL 4729603, at *1 (N.D. Cal. July 30, 2019).  Thus, for his complaint to be proper, Plaintiff may not rely on allegations made in earlier filings; rather, he must restate all relevant allegations clearly in the second amended complaint.  If Plaintiff wishes to proceed with this action, he must file a proper amended complaint that includes all relevant factual allegations by **May 28, 2020**.  Defendants' time to respond will run from the date that such a properly amended complaint is filed.

**SO ORDERED.**

Dated: May 18, 2020

SUSAN VAN KEULEN
United States Magistrate Judge