UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ABELFATAH ELLAWENDY, | Case No. 19-CV-08417-LHK |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| CSUMB POLICE DEPARTMENT, et al., | |
| Defendants. | Re: Dkt. No. 16 |

On December 26, 2019, pro se Plaintiff AbelFatah Ellawendy ("Plaintiff") filed the instant case. ECF No. 1. Since February 6, 2020, United States Magistrate Judge Susan van Keulen has issued three screening orders and granted Plaintiff four opportunities to amend his complaint. ECF Nos. 8, 11, 13, 15. Specifically, on August 11, 2020, Judge van Keulen issued her Third Screening Order, which granted Plaintiff leave to file a Fourth Amended Complaint by August 24, 2020 and stated that "[i]f Plaintiff does not file a fourth amended complaint, the Court will issue an order reassigning this case to a District Judge along with a recommendation that [the] entire case be dismissed." ECF No. 15 at 13. As of November 24, 2020, two months after the August 24, 2020

1

Case No. 19-CV-08417-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND DISMISSING CASE WITHOUT PREJUDICE

deadline imposed by Judge van Keulen, Plaintiff has failed to file a Fourth Amended Complaint. On November 6, 2020, Judge van Keulen issued an order reassigning the instant case to a district judge and a Report & Recommendation recommending that the district judge dismiss this case with prejudice. ECF No. 16. No party has objected to the Report & Recommendation within the 14-day period allowed for objections. *See* 28 U.S.C. § 636(c) (providing that "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to [a magistrate judge's] proposed findings and recommendations").

Having reviewed the Report & Recommendation, as well as the record in this case, the Court finds that Judge van Keulen's Report & Recommendation is well-founded in fact and in law. Accordingly, the Court hereby adopts Judge van Keulen's Report & Recommendation except that the Court dismisses the case without prejudice because Judge van Keulen's Third Screening Order did not specify that she would recommend that the case would be dismissed with prejudice and because Plaintiff is pro se. Thus, the Court ADOPTS IN PART the Report & Recommendation and DISMISSES the case without prejudice.

**IT IS SO ORDERED.**

Dated: November 24, 2020

_____
LUCY H. KOH
United States District Judge

Case No. 19-CV-08417-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND DISMISSING CASE WITHOUT PREJUDICE